# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ESSAKHANI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a National Association, organized and existing under the laws of the United States of America; NATIONAL FUNDING GROUP, a California corporation; E-LOAN, INC., a Delaware corporation; and DOES 1 – 10, inclusive,<br><br>Defendants. | CIV-F-09-1145 AWI GSA<br><br>**ORDER DIRECTING PLAINTIFF TO RESPOND WITHIN FORTY-FIVE DAYS** |

Plaintiff's attorney, Timothy Thurman resigned from the California State Bar effective November 3, 2009.  According to a news article from the California State Bar website,

> On Nov. 2, Timothy Thurman [#216048], 37, resigned with charges pending following his arrest by FBI agents in October at his Altadena home. He was charged with creating and using a court order containing what he knew to be a forged signature of a federal judge. Thurman allegedly gave the document to his clients, who had sought Thurman's help to avoid eviction, telling them to give it to the sheriff, who became suspicious and contacted the judge. Thurman's practice, Trinity Law Group in Los Angeles, which he started earlier this year, was doing lender litigation and loan modification. State Bar investigators worked with the FBI in the investigation.

http://calbar.ca.gov/state/calbar/calbar_generic.jsp?cid=10144&n=96862.  Defendants Wells Fargo and E-Loan have filed motions to dismiss.  The hearing was set for November 16, 2009;

1

Plaintiff's opposition was due November 2, 2009.  No opposition or statement of non-opposition was filed.  The court took the hearing off calendar.  Based on Mr. Thurman's arrest and resignation from the Bar, it appears that Plaintiff Essakhani was not given a full opportunity to respond to the motions to dismiss.

The complaint states that Plaintiff's current address is 2400 Crowell Road, Turlock, California 95382.  Attempts to contact Mr. Thurman's office by telephone were met with a recorded message advising clients of the need to obtain alternate counsel.  The court has also contacted counsel for Defendants Wells Fargo and E-Loan.  Neither party had any additional contact information for Plaintiff.

At this point, it is clear to the court that Mr. Thurman can no longer adequately represent Plaintiff.  Plaintiff must either find alternative counsel or represent himself in this suit.  To substitute attorneys, Plaintiff is directed to follow Local Rule 83-182(g).  Given the unusual factual scenario, the court is inclined to waive the requirement of Mr. Thurman's signature if that can not be procured.  To represent himself, Plaintiff is directed to file a signed statement that he wants Mr. Thurman to be relieved as counsel and is willing to represent himself.

IT IS ORDERED THAT:

The clerk's office is directed to add Edward Essakhani, 2400 Crowell Road, Turlock, California 95382 to the service list.  This order together with a copy of Local Rule 83-182 is to be served on Plaintiff.

Plaintiff is directed to file either a substitution of attorney or a statement that he will represent himself within forty-five (45) days of the filing of this order.  Plaintiff is warned that failure to do so may result in the suit being dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:   November 23, 2009                  /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE